UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-328-MOC

| | | |
|---|---|---|
| JOHN E. GUENTHER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** comes before the Court on a Motion to Dismiss filed by Defendant Wells Fargo Bank N.A. (Doc. No. 6).

Plaintiff originally filed this action in state court, and Defendant removed the action to this Court on July 12, 2019. (Doc. No. 1). On August 19, 2019, Defendant filed the pending motion to dismiss. (Doc. No. 6). While the motion to dismiss was pending, Plaintiff filed an Amended Complaint. (Doc. No. 9). Because Plaintiff has filed an Amended Complaint, the pending motion to dismiss the original Complaint is now moot.

**IT IS THEREFORE ORDERED** that:

(1) The pending Motion to Dismiss, (Doc. No. 6), is hereby terminated as moot.

Signed September 16, 2019



1