UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-328-MOC

| | |
|---|---|
| JOHN E. GUENTHER, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| WELLS FARGO BANK, N.A., | )     **ORDER**<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** comes before the Court on the parties' Joint Motion to File Joint Motion to Stay Case and Extend Deadlines. (Doc. No. 19).

In the pending motion, the parties jointly consent to the stay of this action until December 31, 2020, to the extension of the discovery deadline until a date that is sixty (60) days after the expiration of the stay, to the extension of the dispositive motion deadline until a date that is thirty (30) days after the new discovery deadline, and to the extension of the mediation deadline until a date that is sixty (60) days after the expiration of the stay. Furthermore, the parties seek to file their motion with certain portions redacted due to the sensitive nature of the reason for the requested stay.

The parties' Joint Motion to File Joint Motion to Stay Case, (Doc. No. 19), is **GRANTED**. This matter is **STAYED** until December 31, 2020, and the deadlines are extended as requested by the parties.

    **IT IS SO ORDERED**.

Signed: November 12, 2020

*[Signature]*

Max O. Cogburn Jr.
United States District Judge